FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0682

_____

JACK KRAMER and KEN KRAMER,
individually and on behalf of all others similarly
situated,

      Plaintiffs and Appellees,

   v.

O R D E R

FERGUS FARM MUTUAL INSURANCE
COMPANY,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael G. Moses, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 22 2020